UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HENRY ROGERS, *on behalf of himself and all others similarly situated*,<br><br>        Plaintiff,<br><br>   -against-<br><br>CAPITAL ONE SERVICES, LLC,<br>UNITED RECOVERY SYSTEMS, LP,<br>and CAPITAL ONE BANK (USA), N.A.,<br><br>        Defendants. | Civil Action No.: 3:10-cv-00398 (VLB) |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Henry Rogers, and Defendant Capital One Services, LLC, that the Plaintiff hereby withdraws, with prejudice, his claims against Capital One Services, LLC, sounding in violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 e(2), e(10), e(11), e(14), g(a) & f.

Dated: February 28, 2011

| Henry Rogers | Capital One Services, LLC |
|---|---|
| Plaintiff | Defendant |
| By: /s/ Sergei Lemberg | By: /s/ Cameron S. Matheson |
| Sergei Lemberg, Esq. | Cameron S. Matheson |
| Lemberg & Associates | LeClairRyan |
| 1100 Summer Street, 3rd Floor | 951 East Byrd Street, Eighth Floor |
| Stamford, CT  06905 | Richmond, VA 23219 |
| (203) 653-2250 | (804)916-7126 |
| slemberg@lemberglaw.com | cameron.matheson@leclairryan.com |

SO ORDERED

_____
Vanessa L. Bryant
United States District Judge

## CERTIFICATE OF SERVICE

       I hereby certify that on February 28, 2011, a true and correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF system which sent notice of such filing to the following:

***Attorneys for Defendants***
Brian J. Donnell
Robert M. Barrack
LeClairRyan
One Financial Plaza
755 Main Street, Suite 2000
Hartford, CT 06103
t.860-656-1930
f.860-656-1980
brian.donnell@leclairryan.com
robert.barrack@leclairryan.com

James A. Murphy, Esq.
Cameron S. Matheson, Esq.
Murphy & McGonigle, PC
4870 Sadler Rd., 3rd Floor
Glen Allen, VA 23060
(804) 762-5330 Telephone
(804) 762-5360 Fax
james.murphy@murphymcgonigle.com
cameron.matheson@murphymcgonigle.com

      /s/ Sergei Lemberg
      **Sergei Lemberg**