UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HENRY ROGERS, *on behalf of himself and all others similarly situated*, <br><br> Plaintiff, <br><br> -against- <br><br> CAPITAL ONE SERVICES, LLC, UNITED RECOVERY SYSTEMS, LP, and CAPITAL ONE BANK (USA), N.A., <br><br> Defendants. | Civil Action No.: 3:10-cv-00398-VLB |

## NOTICE OF APPEAL

Notice is hereby given that the Henry Rogers, on behalf of himself and all others similarly situated ("Rogers"), plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from so much of the Order entered herein on February 12, 2011 as

(1) denies Rogers' motion to amend the Complaint,

(2) dismisses all claims against Capital One Bank (USA), N.A. ("CapOne"),

(3) dismisses all claims against United Recovery Systems, LP ("URS"), and

(3) terminates the action as to CapOne and URS.

To the extent that the February 12, 2011 Order has merged into the Judgment entered March 1, 2011, Rogers also appeals from that Judgment.

By: _____
Sergei Lemberg
Lemberg & Associates, LLC
1100 Summer Street
Stamford, CT 06905
(203) 653-2250
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this the third day of March, 2011, a true and correct copy of the foregoing was sent via first class mail to the parties listed below.

**Attorneys for Defendants**
Brian J. Donnell
Robert M. Barrack
LeClairRyan
One Financial Plaza
755 Main Street, Suite 2000
Hartford, CT 06103


James A. Murphy, Esq.
Cameron S. Matheson, Esq.
Murphy & McGonigle, PC
4870 Sadler Rd., 3rd Floor
Glen Allen, VA 23060

_____
Sergei Lemberg